**MARGOLIS EDELSTEIN**

Attorneys At Law
www.margolisedelstein.com

EMERY J. MISHKY, ESQ.
Direct Dial No.: 908-790-7761
EMISHKY@margolisedelstein.com

**NORTH NEW JERSEY OFFICE:**
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401
Fax 908-790-1486

SOUTH NEW JERSEY OFFICE:*
100 Century Parkway
Suite 200
Mt. Laurel, NJ 08054
856-727-6000
Fax 856-727-6017

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall West
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100
Fax 215-922-1772

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA 17011
717-975-8114
Fax 717-975-8124

PITTSBURGH OFFICE:
522 William Penn place
Suite 3300
Pittsburgh, PA 15219
412-281-4256
Fax 412-642-2380

SCRANTON OFFICE:
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231
Fax 570-342-4841

DELAWARE OFFICE:
750 Shipyard Drive
Suite 102
Wilmington, DE 19801
302-888-1112
Fax 302-888-1119

*Member of the Harmonie Group

November 29, 2017

Hon. Cathy Waldor, U.S.M.J.
MLK Jr. Federal Bldg. & Courthouse - Room 4040
50 Walnut St.
Newark, NJ 07102

Re:   Carlos Sanchez v. CSX International Terminals Inc., et al
       Our File Number: EJM / 42800.5-00008
       Docket Number: 2:15-CV-03497-KSH-CLW

Dear Judge Waldor:

Our office represents the defendant, CSX Intermodal Terminals, Inc. ("CSX"), in the above-captioned matter. At the last Case Management Conference, held on October 5, 2017, Your Honor extended the time for the plaintiff to serve his liability expert report. Accordingly, the plaintiff was permitted to serve his expert report by September 29th and the defendants to serve their expert reports by November 20th. The defendants received the plaintiff's two separate liability expert reports on September 25th and September 27th respectively. Due to the defense expert's schedule, the defense requires additional time for serving its liability expert report. We have contacted the plaintiff's and the co-defendant's counsel, and they have both consented to an extension. Given the holiday schedule, we respectfully request that the defense be given until January 15, 2018, to serve the expert report. The current scheduled completion of discovery is January

Page 2                                                                November 29, 2017
Re:  Carlos Sanchez v. CSX International Terminals Inc. et al
Our File No.:  JRS / 42800.5-00008 / 35245

30, 2018, and the extension should not adversely affect, nor delay the current discovery end date.

    We thank you in advance for your kind consideration and courtesies.

                              Respectfully submitted,

                              MARGOLIS EDELSTEIN

                              By: _____
                                  EMERY J. MISHKY, ESQ.

EJM: nao
cc:    Mitchell D. Perlmutter, Esq.
        Robert A. Suarez, Esq.

M:\mdir\42800\00008\COR\ltr to mgstrt jdge re disc ext.wpd