# ZAVODNICK, PERLMUTTER & BOCCIA, LLC
COUNSELLORS AT LAW
26 JOURNAL SQUARE, SUITE 1102
JERSEY CITY, NEW JERSEY 07306
TELEPHONE 201-653-1155
FACSIMILE 201-653-0808

MITCHELL D. PERLMUTTER*
JOSEPH G. BOCCIA

*also admitted to New York Bar

DAVID C. SHACHAT
THOMAS R. FANIZZI, Jr.
ALAN CHEN

October 11, 2018

**VIA ECF**

Hon. Cathy L. Waldor, U.S.M.J.
District of New Jersey
Martin Luther King Jr. Courthouse
Courtroom 4C
50 Walnut Street
Newark, NJ 07101

Re:   Sanchez v. CSX International Terminals, et als.
      Civil Action No. 2:15-CV-03497-KSH-CLW
      Our File No: Z-6882

Dear Judge Waldor:

I write on behalf of Plaintiff Carlos Sanchez to inform the court of the progress made towards scheduling mediation to resolve this matter.

As you know, the Court conducted a telephone conference with all counsel yesterday and it was agreed to seek mediation with Hon. Dennis Carey, J.S.C., (retired). We are currently scheduling a mediation session with Judge Carey on November 27, 2018.

Respectfully submitted,

Mitchell D. Perlmutter, Esq.

Cc:   Jeffrey Swanson, Esq. (via ECF)
      Robert A. Suarez, Esq. (via ECF)
      Kevin E. Wolff, Esq. (via ECF)