299 Cherry Hill Road, Suite 300
PO Box 912
Parsippany, NJ 07054
Phone: 973-957-2550
Fax: 973-710-1054

# KLRW

11 Broadway, Suite 615
New York, NY 10004
Phone: 646-741-7332
Fax: 646-690-8772

Kinney Lisovicz Reilly & Wolff PC
ATTORNEYS AT LAW
www.klrw.law

Kevin E. Wolff, Esq.
Direct Dial: (973) 957-2554
Email: kevin.wolff@klrw.law

November 29, 2018

**VIA ELECTRONIC FILING**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street, Room 4040
Newark, NJ 07101

RE:   Sanchez v. CSX International Terminals, Inc.
      v. ARI Mutual Insurance Company, et al.
      Civil Action No. 2:15-cv-03497-KSH-CLW
      Our File No. A2818-00272

Dear Magistrate Judge Waldor:

We represent third-party defendant, ARI Mutual Insurance Company ("ARI"), and write to advise Your Honor that the action settled on November 27, 2018, following mediation with Retired Judge Carey. A Term Sheet was executed following mediation and the parties are preparing a detailed Settlement Agreement and Release that we anticipate will be completed and executed within the next few weeks. We will notify Your Honor as soon as the Settlement Agreement and Release is finalized so that the action can be formally dismissed.

If Your Honor has any questions, please let us know.

Respectfully yours,

KINNEY LISOVICZ REILLY & WOLFF PC

/s/ Kevin E. Wolff
Kevin E. Wolff

cc: All Counsel

190651